1  HEATHER K. McMILLAN (SBN 188939)
   *heather@scmclaw.com*
2  CHRISTOPHER E. GAVRILIUC (SBN 324599)
   *chris@scmclaw.com*
3  **STEVENS & McMILLAN**
   335 Centennial Way
4  Tustin, California 92780
   T: (714) 730-1000; F: (714) 730-1067
5
   Attorneys for Plaintiff,
6  HUMBERTO MIRELES

7

   MARK F. LOVELL (SBN 246652)
8  *mark.lovell@ogletree.com*
   NICOLE A. NALEWAY (SBN 300701)
9  *nicole.naleway@ogletree.com*
   **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC**
10 Park Tower, Fifteenth Floor
   695 Town Center Drive
11 Costa Mesa, CA 92626
   T: (714) 800-7900; F: (714) 754-1298
12
   Attorneys for Defendants
13 HERC RENTALS, INC. and HERC HOLDINGS, INC.

14

15                **UNITED STATES DISTRICT COURT**

16                 **CENTRAL DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18 HUMBERTO MIRELES, | Case No.: 8:21-cv-00428-JLS (KESx) |
| 19       Plaintiff, | ASSIGNED TO:<br>DISTRICT   : HON. JOSEPHINE L. STATON |
| 20    v. | MAGISTRATE: HON. KAREN E. SCOTT |
| 21 HERC RENTALS, INC., HERC HOLDINGS, INC., and DOES 1 through 50, inclusive, | **JOINT STIPULATION TO DISMISS; [PROPOSED] ORDER** |
| 22 | Action Filed: February 3, 2021 |
| 23       Defendants. | Final PTC:    December 16, 2022 |
| 24 | |

25

26 / / /

27 / / /

28 / / /

1
JOINT STIPULATION TO DISMISS

IT IS HEREBY STIPULATED by and between Plaintiff HUMBERTO MIRELES ("Plaintiff") and Defendants HERC RENTALS, INC. and HERC HOLDINGS, INC. ("Defendants"), by and through their respective counsel of record, that the above-referenced matter be dismissed in its entirety with prejudice.

DATED: May 24, 2022    STEVENS & McMILLAN

By: */s/ Christopher E. Gavriliuc*
HEATHER McMILLAN
CHRISTOPHER E. GAVRILIUC
Attorneys for Plaintiff
HUMBERTO MIRELES

DATED: May 24, 2022    OGLETREE DEAKINS NASH SMOAK & STEWART, PC

By: */s/ Nicole A. Naleway*
MARK E. LOVELL
NICOLE A. NALEWAY
Attorneys for Defendants
HERC RENTALS, INC. and HERC HOLDINGS, INC.

# CERTIFICATE OF SERVICE
*Humberto Mireles v. Herc Rentals, Inc., et al.*
*USDC Case No.: 8:21-cv-00428-JLS (KESx)*

I am over the age of 18 and not a party to the within action. I am employed in the County of Orange, State of California; my business address is 335 Centennial Way, Tustin, California 92780.

On the date set forth below, I served on all interested parties in this action the foregoing document described as: **JOINT STIPULATION TO DISMISS** by placing a true copy enclosed in a sealed envelope addressed to the persons and addresses as stated below:

Mark F. Lovell
Nicole A. Naleway
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
T: (714) 800-7900; F: (714) 754-1298
*mark.lovell@ogletree.com*
*nicole.naleway@ogletree.com*

***Attorneys for Defendants,***
***HERC RENTALS, INC. and HERC HOLDINGS, INC.***

[X]  **BY CM/ECF:** With the Clerk of the United States District Court of California using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

[X]  I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.

[X]  I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on May 24, 2022, at Tustin, California.

*/s/ Stacey Craun*
Stacey Craun