JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO MIRELES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HERC RENTALS, INC., HERC HOLDINGS, INC., and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.:　8:21-cv-00428-JLS (KESx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

///
///
///
///
///
///
///
///

**ORDER**

Pursuant to the Joint Stipulation to Dismiss (Doc. 28) filed by the parties in this matter,

**IT IS HEREBY ORDERED** that the matter of *Humberto Mireles v. Herc Rentals, Inc., et al.*, filed in the United States District Court for the Central District of California, bearing Case Number 8:21-cv-004278-JLS-KES is hereby dismissed with prejudice in its entirety.

DATED: May 26, 2022

**JOSEPHINE L. STATON**
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE